UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**MARY ANN SMITH,**                                                                            **PLAINTIFF**

v.                             **CIVIL ACTION NO. 4:21-cv-00068-JHM-HBB** *(E-FILED)*

**KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY**[1]                                                   **DEFENDANT**

## ORDER

The Defendant having filed a Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), due notice having been given, and the Court being advised in the premises:

1. The parties' Joint Motion for Remand for Further Proceedings, Pursuant to Sentence Four of 42 U.S.C. § 405(g), is GRANTED.

2. This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings.

3. On remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision. The Commissioner will determine whether Plaintiff is disabled within the meaning of the Social Security Act and issue a new decision.

*Joseph H. McKinley Jr., Senior Judge*
*United States District Court*

April 28, 2022

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

TENDERED BY:
s/ Kiywhanna Kellup
Kiywhanna Kellup
Special Assistant United States Attorney
Office of the Regional Chief Counsel, Region V
Social Security Administration
Harold Washington Social Security Center
600 West Madison Street, 6th Floor
Chicago, IL 60661-2474
Tel: (312) 596-1854
Fax: (833) 949-2549
Email: Kiywhanna.Kellup@ssa.gov