UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**MARY ANN SMITH,** **PLAINTIFF**

v. CIVIL ACTION NO. 4:21-cv-00068-JHM-HBB *(E-FILED)*

**KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY**[1] **DEFENDANT**

### JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

*Joseph H. McKinley Jr., Senior Judge*
*United States District Court*

April 28, 2022

TENDERED BY:

Kiywhanna Kellup
Special Assistant United States Attorney
Office of the Regional Chief Counsel, Region V
Social Security Administration
Harold Washington Social Security Center
600 West Madison Street, 6th Floor
Chicago, IL 60661-2474
Tel: (312) 596-1854
Fax: (833) 949-2549
Email: Kiywhanna.Kellup@ssa.gov

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).